UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARION GREER | Hon. Nancy G. Edmunds |
| | Case No. 2:24-cv-10504-NGE-EAS |
| Plaintiff, | STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| TRINITY HEALTH CORPORATION | |
| Defendant. | |

The Court, having reviewed the Parties' Stipulated Motion For Leave To File First Amended Complaint, **HEREBY ORDERS** as follows:

1. The Stipulated Motion For Leave To File First Amended Complaint is **GRANTED**.

2. Trinity Home Health Services, Inc. shall be added as a named Defendant in this action, and Defendant Trinity Health Corporation shall be deleted from this action.

3. Plaintiff shall have leave to file the proposed First Amended Complaint attached to the Parties' Stipulated Motion as **Exhibit 1**.

**IT IS SO ORDERED.**

DATED  May 14, 2024

/s/Nancy G. Edmunds

HON. NANCY G. EDMUNDS
United States District Judge