IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARION GREER,<br><br>      Plaintiff,<br><br>vs.<br><br>TRINITY HOME HEALTH SERVICES, INC.,<br><br>      Defendant. | Case No.: 2:24-cv-10504-NGE-EAS<br><br>Magistrate Judge: Elizabeth A. Stafford<br><br>District Judge: Nancy G. Edmunds |

| | |
|---|---|
| Ackermann & Tilajef, P.C.<br>Craig J. Ackermann<br>Brian Denlinger<br>315 S. Beverly Drive, Ste. 504<br>Beverly Hills, CA 90212<br>(310) 277-0614<br>cja@ackermanntilajef.com<br>bd@ackermanntilajef.com<br><br>Gregory, Moore, Brooks & Clark, P.C.<br>Matthew J. Clark (P76690)<br>28 W. Adams, Ste. 300<br>Detroit, MI 48226<br>(313) 964-5600<br>matt@unionlaw.net<br><br>Law Offices of Raphael A. Katri, APC<br>Raphael A. Katri (P86186)<br>8549 Wilshire Blvd., Ste. 200<br>Beverly Hills, CA 90211<br>(310) 940-2034<br>rkatri@katrilaw.com<br><br>ATTORNEYS FOR PLAINTIFF | Matthew J. Ruza, Bar No. 6321424<br>mruza@littler.com<br>LITTLER MENDELSON, P.C.<br>321 North Clark Street, Suite 1100<br>Chicago, Illinois 60654<br>Telephone:   312.372.5520<br>Fax No.:      312.372.7880<br><br>Attorneys for Defendant<br>TRINITY HOME HEALTH SERVICES, INC. |

4931-0335-2065.1 / 084618-1204

## JOINT NOTICE OF SETTLEMENT

The Parties hereby notify the Court that they have resolved the dispute underlying this proceeding to their satisfaction. Counsel for the Parties are in the process of preparing and exchanging settlement documents and finalizing the collective action settlement. It is anticipated that Plaintiff will be filing a motion seeking Court approval of a collective action settlement within sixty (60) days. The Parties respectfully request additional time up to and including April 14, 2025 to finalize the terms of the long form settlement agreement, for the Parties to file a Motion for Approval of Collective Action Settlement and Notice of Collective Action Settlement, and to set the Motion for Approval for hearing with this Court.

Respectfully submitted by:

| | |
|---|---|
| */s/ Brian Denlinger (with consent)* | */s/ Matthew J. Ruza* |
| Craig J. Ackermann | Matthew J. Ruza, Bar No. 6321424 |
| Brian Denlinger | LITTLER MENDELSON, P.C. |
| 315 S. Beverly Drive, Ste. 504 | 321 North Clark Street, Suite 1100 |
| Beverly Hills, CA 90212 | Chicago, Illinois 60654 |
| (310) 277-0614 | Telephone: 312.372.5520 |
| cja@ackermanntilajef.com | Fax No.:    312.372.7880 |
| bd@ackermanntilajef.com | mruza@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated:  February 13, 2025 | Dated:  February 13, 2025 |

4931-0335-2065.1 / 084618-1204

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause February 13, 2025, via:

|   |   |   |   |
|---|---|---|---|
| _____ | U. S. Mail | _____ | Facsimile |
| __X__ | ECF Filing | _____ | Hand Delivery |
| _____ | E-Mail | _____ | Federal Express |

*/s/ Matthew J. Ruza*
Matthew J. Ruza