UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARION GREER,

        Plaintiff,                               Case No. 24-10504

v.                                            Honorable Nancy G. Edmunds

TRINITY HOME HEALTH
SERVICES, INC.,

        Defendant.
_____/

## JUDGMENT

This is an "opt in" collective action in which Plaintiff Marion Greer alleges, on behalf of herself and the putative collective, that Defendant Trinity Home Health Services, Inc. violated the Fair Labor Standards Act. (ECF No. 8.) In an order entered this date, the Court granted Plaintiff's unopposed motion for approval of collective action settlement and notice of settlement.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED with prejudice. The Court reserves jurisdiction over this action for purposes of supervising the implementation and enforcement of the settlement agreement.

SO ORDERED.

                                                      s/Nancy G. Edmunds
                                                      Nancy G. Edmunds
                                                      United States District Judge

Dated: May 29, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 29, 2025, by electronic and/or ordinary mail.

                                                        s/Marlena Williams
                                                        Case Manager